

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-19-2007

# McKendrick v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1074

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"McKendrick v. Comm Social Security" (2007). *2007 Decisions.* Paper 207.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/207

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1074

_____

TRACEY McKENDRICK,

Appellant

vs.

COMMISSIONER OF SOCIAL SECURITY

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. No. 05-CV-01604 )
District Judge:  Honorable Donetta W. Ambrose

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 1, 2007
Before:  RENDELL, WEIS and NYGAARD, Circuit Judges.

(Filed: November 19, 2007)

_____

OPINION

_____

WEIS, Circuit Judge.

Claimant was a thirty-two year old female when an ALJ found her ineligible

for disability payments based on her diabetes, disc disease, thyroid disease, and other

conditions. She is a high school graduate and had worked as a nurse's aide and cashier. She complained particularly of pain in her right leg and low back and suffers from a disc bulge at the L4-5 area. She is able to perform tasks such as driving, cooking, laundering, and cleaning. She was seen and treated by several physicians. The ALJ concluded on the basis of their records and the testimony of a vocational expert that she was capable of sedentary work with some limitations.

In the District Court, claimant contended that the ALJ did not give enough weight to the opinion of Dr. Gilchrist, who was treating claimant for pain management. The Court concluded, after a review of the physicians' records, that the ALJ properly assessed that evidence. We agree with that conclusion. Our review of the record persuades us that the ALJ's findings were supported by substantial evidence. See Hartranft v. Apfel, 181 F.3d 358, 360 (3d Cir. 1999) (stating that the standard of review for disability determinations is whether the "decision is supported by substantial evidence.").

The evidence of treatment and examinations by other physicians is consistent with the finding that claimant is able to perform sedentary work subject to the limitations set forth in the ALJ's opinion.

Accordingly, the judgment of the District Court will be affirmed.